AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAR 1 2006

# United States District Court

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

KENNETH KWAK

**WAIVER OF INDICTMENT**

CASE NUMBER: CR06-51

I, **KENNETH KWAK**, the above named defendant, who is accused of

18 USC 1030(a)(2)(B) + 1030(c)(2)(B)(ii)
Intentionally accessing computer from Dept of US
in furtherance of criminal act.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/01/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant: Kenneth Kwak

_____
Counsel for Defendant

Before _____
Judicial Officer