CO-526
(12/86)

FILED

MAR 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-51-RCL
)
KENNETH KWAK )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant
GARRETT GREEN, ESQ
4008 WILLIAMSBURG COURT
FAIRFAX VA 22032

I consent:

_____
United States Attorney

Approved:

_____
Judge