

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAR  1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

 : **CRIMINAL NO.: 06-51 (RCL)**

 :

v. : **VIOLATION:  18 U.S.C.**

 : **§§ 1030(a)(2)(B) & 1030(c)(2)(B)(ii)**

 :

KENNETH KWAK, : **(Intentionally Accessing a Computer**

 : **While Exceeding Authorized Access**

Defendant. : **And Obtaining Information from any**

 : **Department of the United States in**

 : **Furtherance of a Criminal or Tortious**

 : **Act);**

 :

 :

 :

*let this be filed.*
*Royac C. Lamberth*
*U.S.D.J. 3/1/06*

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant Kenneth Kwak and the United States agree and stipulate as follows:

1.  The defendant, KENNETH KWAK, resided at 15212 Louis Mill Drive, Chantilly, VA.

2.  A network is a series of devices, including computers and telecommunication devices, connected by communication channels.

3.  Computer passwords and other data security devices are passwords or devices designed to restrict access to or hide computer software, documentation, or data.  A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices.

4. Virtual Network Computing (VNC) is a desktop protocol to remotely control another

computer. It transmits the keyboard presses and mouse clicks from one computer to another relaying the screen updates back in the other direction, over a network.

5.    The defendant, KENNETH KWAK, was an employee of the US Department of Education and was assigned to the Office of the Inspector General, Information Technology Audits and Computer Crime Investigation Services.  At the time of the offense in Count One, KWAK was a System Auditor working on Federal Information Security Management (FISMA) audits for the Department of Education.

6.    The Department of Education (DoEd) is an executive department as enumerated in Title 5, United States Code Section 101.

7.    The Department of Education maintains computer servers and networks in Washington, D.C.

8.    KENNETH SARDEGNA was a Deputy Asssistant Inspector General in the DOEd Office of Inspector General, and KWAK's supervising official.

9.    The defendant, KENNETH KWAK, was not authorized to access SARDEGNA's computer, computer files or communications, or to install software programs or other computer code or commands on that computer.

COUNT ONE

10.  In or about October 2003, defendant KENNETH KWAK intentionally accessed a computer in excess of his authorized access and thereby obtained information he was not entitled to obtain from a department of the United States.  He did so in furtherance of a violation of SARDEGNA's Constitutional and statutory rights to privacy.

11.  On or about that date,  defendant KENNETH KWAK intentionally installed the VNC

2

computer program on SARDEGNA's DOEd computer, intending to use VNC to observe and have access to SARDEGNA's internet use, electronic mail (email) and computer files. KWAK was not authorized to access SARDEGNA's computer, computer files or communications or to install the VNC program on SARDEGNA's computer.

12. Defendant KENNETH KWAK subsequently intentionally used VNC to access SARDEGNA's internet use, electronic mail (email) and computer files and to alter settings on SARDEGNA's computer, defeating the password protections on that computer and allowing unrestricted access to SARDEGNA's email by KWAK or other persons on the DOEd computer network.

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____

WILLIAM YUREK
Special Assistant U.S. Attorney
1301 New York Ave, NW
Washington, D.C. 20530
202-353-2854

## DEFENDANT'S ACCEPTANCE

I have read every word of this statement of offense.  Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: _3 - 1 - 06_            _Kenneth Kwak_

                                                   KENNETH KWAK

                                                   Defendant

I have read each of the __ pages constituting this statement of offense and reviewed and discussed them with my client.  I concur with his decision to stipulate to this statement of offense.

Date: _3/01/06_

                                                   GARRETT GREEN

                                                   Attorney for the defendant