U.S. Department of Justice
U.S. Attorneys

FILED
MAR 1 2006

U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

~~[redacted]~~

~~[redacted]~~

Case No. ~~[redacted]~~

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____1st_____ day of _____March 2006_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____March 1, 2006_____ by _____Special Agent Chris Cooper_____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____U.S. Dept. of Education OIG_____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____Special Agent Chris Cooper_____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80