Apr 26 2006 3:49PM   LAW OFFICE OF SRIS   7032780420   p.2
Apr-11-06  02:04pm   From-   T-411  P.002/003  F-810

### HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-051 |
| vs. | : | SSN: |
| KWAK, Kenneth | : | Disclosure Date: April 5, 2006 |

**FILED**
MAY 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        11 Apr 06
Prosecuting Attorney                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  4/18/06          _____  4/17/06
Defendant       Date             Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 19, 2006**, to U.S. Probation Officer **Monica L. Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

Apr 26 2006 3:49PM    LAW OFFICE OF SRIS            7032780420              P.1

Apr-11-06  02:04pm  From-                                    T-411  P.003/003  F-910

Attachment to Government's Response to Presentence Investigation Report, U.S. v. Kwak, Docket # 06-CR-051

The government points to page 12, paragraph 13 of the PSI Report as an issue of note. That paragraph, titled "Adjustment for Acceptance of Responsibility," indicates the defendant claims the crime he committed was a prank, and that he didn't know Department of Education policy. He further states that, had he known what the policy was, he wouldn't have committed the crime.

The government's position in recognizing the defendant's acceptance of responsibility is based upon his timely admission of guilt and his cooperation with the investigation. The government finds disingenuous any claim by the defendant that he didn't know Department of Education policy. Defendant worked in the Inspector General's office at the Department of Education, on a team responsible for assessing adherence to computer security policy. The investigation into his activities, and his duties while employed at the Department, are indicative of his having substantial knowledge of Department policy. The government's recognition of defendant's acceptance of responsibility is not based, in any way, upon his purported lack of knowledge of policy.

A copy of this response has been provided to defense counsel via facsimile.

_____  11 Apr 06
William A. Yurek
Prosecuting Attorney