HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

**FILED**

AUG 1 5 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Kenneth Kwak                                    Docket No.: 06-051-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Kenneth Kwak__ having been sentenced, on 05/12/2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Manchester__, in __Manchester, KY__ by 2 p.m., on __August 24, 2006__.

__8/15/06__
Date

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                    DEFENDANT

Revised 6-2004

